364 A.2d 893

**In re ADOPTION OF Scott Michael ENGH.**

**Appeal of Keith James ENGH.**

Supreme Court of Pennsylvania.

Argued Oct. 8, 1976.

Decided Oct. 8, 1976.

Alexander Ogle, Somerset, for appellant.

James B. Yelovich, Somerset, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Appellant to bear cost of this appeal.

ROBERTS, J., took no part in the consideration or decision of this case.